UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————

ROBERT BERTUGLIA, ET AL.,

                    Plaintiffs,          11 Civ. 2141 (JGK)

      - against -

                                       CORRECTED ORDER

THE CITY OF NEW YORK, ET AL.,

                    Defendants.
————————————————————————

JOHN G. KOELTL, District Judge:

    For the reasons stated in the letter of the defendant dated March 23, 2012, the last sentence on the twenty-seventh page of the Court's Opinion and Order dated March 19, 2012, Docket No. 58, is amended as follows in order to correct an error:

    That sentence shall be changed from:

    "Accordingly, the PA defendants motion to dismiss the false arrest claim is denied as to Schaffler, Ferrone, and D'Aleo," to: "Accordingly, the PA defendants motion to dismiss the false arrest claim is denied as to Schaffler and Ferrone."

SO ORDERED.

Dated:    New York, New York
           March 26, 2012

                                  John G. Koeltl
                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/26/12